01-15-00092-CV   P-1

05/26/2015
312th Court
RE: No. 2012-38540
Shannon (Jurek) v Shannon
County Clerks office Civil Court 312th

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUN - 2 2015

CHRISTO...
CLERK

To whom it may concern,

I am writing you today to plead with the court in understanding that a brief cannot be filed on my behalf in this above mentioned matter. I am forced to point out the fact that I cannot afford to pay the outrageously high sum of money being requested by appellate attorneys mostly due to already outrageous bills and attorney fees I'm currently struggling to pay due to this divorce my ex spouse has drawn out using her law degree and the system as a weapon against me in. Attempting to pay this would cost My daughter & I our home, vehicle and that in turn would cost me my employment which in turn leaves me unable to pay the already exorbitant child support or any and all remaining legal fees meaning everyone is mad at me for their own wrong doing and I am without a home for my daughter. Please also understand that I in know way concede any error by the trial court.

I am currently awaiting response from the Texas State Bar concerning assistance in finding an affordable or pro bono appellate attorney. My phone calls were not met with any positive responses so I have sent a letter hoping for a better response and will forward any positive response.

Thank you for your patience and understanding in this matter and I await your response.

Sincerely,

Jeff S Shannon II
9214 Sunlight Oak Ln
Houston, TX 77070
jeff.rocktek@gmail.com
832-275-8342



FILED
Chris Daniel
District Clerk

MAY 27 2015

Harris County, Texas

Time:_____
By:_____ Deputy